IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**BETSY DEVOS, et al.,**<br><br>Defendants. | Case No. 20-cv-3676-YGR<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |

**ORDER**

Defendants Betsy DeVos, in her official capacity of Secretary of Education, and the U.S. Department of Education have filed a motion to dismiss Plaintiff People of the State of California's action under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). [Dkt. 18.] Upon due consideration of Defendants' motion and Plaintiff's filings and arguments in opposition thereto, it is hereby ORDERED that Defendants' motion to dismiss is DENIED. Plaintiff's claims are justiciable and adequately pleaded, and Plaintiff has standing.

Therefore, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss is **DENIED**.

Dated: _____

_____
YVONNE GONZALEZ ROGERS
United States District Judge