**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,** | Case No. 4:20-cv-03676-YGR |
| Plaintiff, | **ORDER CONTINUING DECEMBER 15, 2020 MOTION HEARING** |
| vs. | |
| **BETSY DEVOS, ET. AL.,** | |
| Defendant. | Re: Dkt. No. 18 |

Due to conflicts with the Court's calendar for the month of December 2020 and January 2021, the Court **CONTINUES** the December 15, 2020 motion hearing regarding defendants Betsy DeVos' and the United Stated Department of Education's motion to dismiss (Dkt. No. 18) to **February 9, 2021** at **2:00 PM PST**.

**IT IS SO ORDERED.**

Dated: December 10, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**