**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA**, <br><br> Plaintiff, <br><br> v. <br><br> **BETSY DEVOS, ET AL.**, <br><br> Defendants. | Case No. 4:20-cv-03676-YGR <br><br> **ORDER RE: CONFIRMATION OF FEDERAL DEFENDANTS' DEFENSE OF ACTION** <br><br> Re: Dkt. No. 18 |

The Court issues this Order requesting, in light of the incoming new presidential administration of Joseph R. Biden on January 20, 2021, that the federal defendants confirm that they will continue to defend this action brought by the state of California. The Court requests that defendants file such a response **after Wednesday January 20, 2021 but on or before Friday, January 29, 2021**. To the extent that the parties request additional time to meet and confer to attempt to informally resolve this action, the parties shall jointly file a stipulation continuing the motion hearing date to an agreed upon date in the future.

**IT IS SO ORDERED.**

Dated: January 12, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**