XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
ROSE C. GOLDBERG (SBN 310196)
CHRIS M. LAPINIG (SBN 322141)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102
 Tel: (415) 510-3816
 Fax: (415) 703-5480
 Email: rose.goldberg@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA** ex rel. Xavier Becerra, Attorney General of California,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION** and **PHIL ROSENFELT**, in his official capacity as Acting Secretary of Education,<br><br>Defendants. | Case No. 20-cv-03676-YGR<br><br>**JOINT STIPULATED REQUEST TO CONTINUE MOTION HEARING DATE** |

### JOINT STIPULATED REQUEST TO CONTINUE

### MOTION HEARING DATE

On January 12, 2021, the Court entered Order Re: Confirmation of Federal Defendants' Defense of Action, which requires that Defendants confirm, after January 20, 2021, but on or before January 29, 2021, that they will continue to defend this action in light of the new

1

presidential administration. The Order also invites the Parties to jointly request additional time to meet and confer to attempt to informally resolve this action. [Dkt. 23.]

The Parties have conferred about the Court's Order. First, Defendants hereby confirm that they will continue to defend this action brought by the state of California at this time. Second, pursuant to Local Rule 6-2, the Parties, through their respective undersigned counsel, have agreed to file this joint stipulation to continue the motion hearing date for Defendants' motion to dismiss. [Dkt. 18.] The hearing date for that motion is currently February 9, 2021. The Parties jointly request a continuance of 90 days for good cause. On January 20, 2021, new leadership assumed responsibility for the Department of Education. To afford those officials sufficient time to become familiar with the issues in this case, and to give the Parties additional time to meet and confer to attempt to informally resolve this action, the Parties respectfully request that the Court continue the motion hearing date to **May 11, 2021 at 2pm**.

There has been one previous time modification in this case. On August 7, 2020, the Parties stipulated to a briefing schedule for Defendants' motion to dismiss and to a stay of case management deadlines. [Dkt. 16.] On August 12, 2020, the Court granted this time modification. [Dkt. 17.]

A proposed order is attached.

DATED: January 26, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

/s/ Rose C. Goldberg
ROSE C. GOLDBERG (SBN 310196)
Deputy Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
CHRIS M. LAPINIG (SBN 322141)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102

Tel: (415) 510-3816
Fax: (415) 703-5480
Email: rose.goldberg@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ Jonathan D. Kossak
JONATHAN KOSSAK (D.C. Bar 991478)
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-0612
Jonathan.kossak@usdoj.gov

*Counsel for Defendants*