# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,**<br>Plaintiff,<br>v.<br>**PHIL ROSENFELT, ET AL.,**<br>Defendants. | Case No. 4:20-cv-03676-YGR<br><br>**ORDER VACATING MOTION HEARING AND SETTING COMPLIANCE DEADLINE**<br><br>Re: Dkt. Nos. 18, 23, 24 |

Having considered the stipulation of the parties for the Court to continue by 90 days the motion hearing date for defendants' motion to dismiss (*see* Dkt. Nos. 18 (motion), 23 (prior order), 24 (stipulation)), which is currently scheduled for February 9, 2021, **IT IS HEREBY ORDERED** as follows:

- The motion hearing date of February 9, 2021 is **VACATED**; and
- The Court hereby **SETS** a compliance deadline for **9:01 a.m.** on **Friday, May 14, 2021**. **Five (5) business days** prior to the date of the compliance deadline, the parties shall file a **JOINT STATEMENT** setting forth the status of this matter. If compliance is complete, the compliance deadline will be taken off calendar. Should the joint statement reflect that the matter is not resolved and will not be resolved by the parties, the Court will reset the oral argument on the pending motion to dismiss at that time.

This Order terminates Docket Number 24.

**IT IS SO ORDERED.**

Dated: January 29, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**