IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>  Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION, et al.,**<br><br>  Defendants. | Case No. 4:20-cv-3676-YGR<br><br>[~~PROPOSED~~] **ORDER SETTING FURTHER COMPLIANCE DEADLINE** |

**ORDER**

The Court has reviewed the joint statement setting forth the status of this matter submitted by the parties on July 7, 2021. [Dkt. 28.] The parties inform the Court that they continue to meet in good faith in an attempt to resolve this case. The parties report that they have had further productive discussions and they believe additional time to continue negotiations would be beneficial. Accordingly, the parties respectfully request that the Court set a further compliance deadline in 63 days.

The Court **HEREBY APPROVES** the parties' request and **SETS** a compliance deadline of 9:01 a.m. on **September 17, 2021**. Five business days prior to the compliance deadline, the parties shall file a joint statement setting forth the status of the matter.

The July 16, 2021 compliance deadline is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 9, 2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge