IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Case No. 4:20-cv-3676-YGR<br><br>[PROPOSED] ORDER SETTING FURTHER COMPLIANCE DEADLINE |

**ORDER**

The Court has reviewed the joint statement setting forth the status of this matter submitted by the parties on September 9, 2021. [Dkt. 30.] The parties inform the Court that they continue to meet in good faith in an attempt to resolve this case. The parties report that they have had further productive discussions and they believe additional time to continue negotiations would be beneficial. Accordingly, the parties respectfully request that the Court set a further compliance deadline in 60 days.

The Court **HEREBY APPROVES** the parties' request and **SETS** a compliance deadline of 9:01 a.m. on **Friday, December 3, 2021** November 16, 2021. Five business days prior to the parties shall file a joint statement setting forth the status of the matter.

The September 17, 2021 compliance deadline is **VACATED**.

**IT IS SO ORDERED.**

Dated: September 14, 2021

YVONNE GONZALEZ ROGERS
United States District Judge

1