**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>         Plaintiff,<br><br>    v.<br><br>**BETSY DEVOS, ET AL.,**<br><br>         Defendants. | Case No.  4:20-cv-03676-YGR<br><br>**ORDER RE: MOTION TO DISMISS**<br><br>Re: Dkt. No. 18 |

**TO PARTIES OF RECORD:**

On September 15, 2020, defendants filed a motion to dismiss which is fully briefed.  In January 2021, the parties have attempted to resolve the matter.  For statistical purposes only, the motion is deemed withdrawn without prejudice to resubmitting on the Court's calendar.  In the parties' updates to the Court, they should advise the Court whether the motion and briefing should be reinstated.

Docket No. 18 shall be terminated until further notice.

**IT IS SO ORDERED.**

Dated:   September 28,  2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE