1  ROB BONTA
   Attorney General of California
2  NICKLAS A. AKERS
   Senior Assistant Attorney General
3  BERNARD A. ESKANDARI (SBN 244395)
   Supervising Deputy Attorney General
4  AMOS E. HARTSTON (SBN 186471)
   ROSE C. GOLDBERG (SBN 310196)
5  CHRISTOPHER M. LAPINIG (SBN 322141)
   Deputy Attorneys General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102
7   Tel: (415) 510-3816
    Fax: (415) 703-5480
8   Email: rose.goldberg@doj.ca.gov

9  *Attorneys for Plaintiff the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION, et al.,**<br><br>Defendants. | Case No. 4:20-cv-03676-YGR<br><br>**NOTICE OF STIPULATED DISMISSAL AND JOINT STATUS REPORT**<br><br>Re: Dkt. No. 34<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# NOTICE OF STIPULATED DISMISSAL
# AND JOINT STATUS REPORT

The Parties have been engaged in settlement discussions over a number of months and earlier today, December 6, 2021, filed a stipulation to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [Dkt. 35.] The Parties respectfully submit that today's Stipulated Dismissal, which dismisses this action in its entirety, makes unnecessary the Case Management Conference the Court previously scheduled for December 13, 2021 at 9:30 a.m. and the corresponding Case Management Statement due today. [*See* Dkt. 34.] The Parties thank the Court for encouraging settlement and affording the Parties time to negotiate a resolution.

DATED: December 6, 2021                     Respectfully submitted,

 

ROB BONTA
Attorney General of California

/s/ Rose C. Goldberg
ROSE C. GOLDBERG (SBN 310196)
Deputy Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
CHRIS M. LAPINIG (SBN 322141)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102
 Tel: (415) 510-3816
 Fax: (415) 703-5480
 Email: rose.goldberg@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

 

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

| | |
|---|---|
| 1 | |
| 2 | /s/ Jonathan D. Kossak |
|   | JONATHAN KOSSAK (D.C. Bar 991478) |
| 3 | Trial Attorney |
|   | Federal Programs Branch |
| 4 | Civil Division, Department of Justice |
|   | 1100 L Street, N.W. |
| 5 | Washington, D.C. 20005 |
|   | (202) 305-0612 |
| 6 | Jonathan.kossak@usdoj.gov |
| 7 | |
|   | *Counsel for Defendants* |